IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ALEJANDRO J. L., | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| V. | § | No. 3:25-cv-2503-K-BN |
| | § | |
| PRAIRIELAND DETENTION CENTER, | § | |
| | § | |
| Defendant. | § | |

## ORDER SEALING PETITION

Petitioner, detained at Prairieland Detention Center in this district at the time of filing, filed a *pro se* 28 U.S.C. § 2241 habeas petition challenging his detention. *See* Dkt. No. 3. And United States District Judge Ed Kinkeade referred this habeas case to the undersigned United States magistrate judge for pretrial management under 28 U.S.C. § 636(b) and a standing order of reference.

Petitioner attached information to his petition that in most cases should be redacted under Rule 5.2(a) of the Federal Rules of Civil Procedure or filed under seal under Rule 5.2(d), including not only his own non-public personal information but that of his spouse and minor child. There is an exception to the redaction requirement for *pro se* habeas petitions under Rule 5.2(b)(6). But, because the petition includes personal information for others, including a minor, the Court determines that the petition should be sealed under Rule 5.2(d).

Therefore, the Court DIRECTS the Clerk immediately to seal the petition [Dkt.

No. 3].

      SO ORDERED.

      DATED: September 24, 2025

_____

DAVID L. HORAN
UNITED STATES MAGISTRATE JUDGE